

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CATHERINE ST. GERMAIN, | § | No. 08-13-00304-CV |
| Appellant, | § | Appeal from the |
| v. | § | 134th District Court |
| ANDREW CARTER AND BILLY SCHOPPE, | § | of Dallas County, Texas |
| | § | |
| Appellees. | § | (TC# DC-11-12463-G) |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant all costs, both in this Court and the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF SEPTEMBER, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.